Judge Mary Jo Heston
Chapter 13

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF WASHINGTON

In re

JAY LEE RODOCKER,

Debtor.

NO. 16-43646

DECLARATION OF SARAH PHILLIPS

SARAH PHILLIPS declares as follows:

I am a Support Enforcement Officer ("SEO") employed by the State of Washington, Department of Social and Health Services (the "Department"). I am the SEO assigned to this account. I am the custodian of the Department's files kept in the ordinary course of business relating to this matter, and am authorized and competent to testify therefrom.

Since October 10, 2018, the Debtor has failed to pay post-petition child support to the Department. The Debtor owes $341 per month in child support and now owes $1140.30 in child support arrears.

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED this 23rd day of January, 2019.

/s/ Sarah Phillips
_____
SARAH PHILLIPS