Motion Prepared and Submitted by the following ~~UNREPRESENTED DEBTOR~~ Responder

Name: Brittany Haase

Address: 4815 51st Ln SE
#A104 Lacey, WA 98503

Phone No.: 360-349-0086

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON

In re:

Jay Lee Rodocker,

Debtor(s).

Bankruptcy Number 16-43646

Chapter 7

Response to ~~MOTION TO~~ dismiss case for failure to pay post-petition child support

The Debtor(s) hereby move(s) the Court for an Order to Pay back support owed.

for the following reasons:

1. Shared responsibilities for child

2. No cash payments or other assistance (state or private)

3. Child support needed to assist in maintaining day to day living.

Dated this 4th day of March, 2019

~~Unrepresented Debtor~~
Responder