**Submitted But not Entered.**



_____
**Mary Jo Heston**
**U.S. Bankruptcy Judge**
(Dated as of Entered on Docket date above)

A response was filed on 03/04/19; the motion will be heard on 03/12/19.

_____

Judge Mary Jo Heston
Chapter 13
Hearing Date: March 12, 2019
Hearing Time: 1:00 pm
Hearing Location: Tacoma, WA
Response Due Date: March 5, 2019

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF WASHINGTON**

| In re | NO. 16-43646 |
|---|---|
| JAY LEE RODOCKER, | ORDER OF DISMISSAL |
| Debtor. | |

THIS MATTER having come on for hearing on the State of Washington's Motion to Dismiss and the Court having considered the motion and pleadings filed herein; and it appearing to the Court that the Debtor has failed to respond, although a response was filed by the custodial parent in support of the motion, and failed to pay post-petition child support as alleged by the State, and that good cause has been shown; NOW, THEREFORE,

IT IS HEREBY ORDERED that this case is DISMISSED.

///End of Order///

1 | Presented by:
2 | ROBERT W. FERGUSON
Attorney General
3 |
4 | /s/ Susan Edison
5 | SUSAN EDISON, WSBA No. 18293
Assistant Attorney General

OFFICE OF THE ATTORNEY GENERAL
Bankruptcy & Collections Unit
800 Fifth Avenue, Suite 2000
Seattle, Washington 98104-3188
Phone: (206) 389-2187 – Fax (206) 587-5150